THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CAGE, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.